```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 00242
   GARY E MORSE
   JANIS E MORSE                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4701    SSN XXX-XX-4203
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/05/05 and confirmed on 02/28/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 52300.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | SECURED | .00 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4770.20 | .00 | 3480.99 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 21007.44 | .00 | 15329.88 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2293.83 | .00 | 1673.89 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3472.61 | .00 | 2534.09 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11084.46 | .00 | 8088.73 |
| BARIATRIC SPECIALIST OF | UNSECURED | NOT FILED | .00 | .00 |
| BARIA CLINICS | FILED LATE | .00 | .00 | .00 |
| BARIATRIC SPECIALIST OF | UNSECURED | NOT FILED | .00 | .00 |
| BARIATRIC SPECIALIST OF | UNSECURED | NOT FILED | .00 | .00 |
| BARIATRIC SPECIALIST OF | UNSECURED | NOT FILED | .00 | .00 |
| BARIATRIC SPECIALIST OF | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1195.57 | .00 | 872.45 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6115.42 | .00 | 4462.64 |
| DISCOVER BANK | UNSECURED | 4618.66 | .00 | 3370.40 |
| EDWARD J MONROE DDS | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY COUNSELING SVC | UNSECURED | NOT FILED | .00 | .00 |
| HOSPITAL RADIOLOGY SRV | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2556.85 | .00 | 1865.82 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |

```
ILLINOIS VALLEY COMMUNIT  UNSECURED      NOT FILED           .00          .00
ILLINOIS VALLEY COMMUNIT  UNSECURED      NOT FILED           .00          .00
ILLINOIS VALLEY SURGICAL  UNSECURED      NOT FILED           .00          .00
WORLD FINANCIAL NETWORK   UNSECURED         216.14           .00       157.73
NORTHWESTERN HOSPITAL     UNSECURED      NOT FILED           .00          .00
PEORIA PULMONARY ASSOC    UNSECURED      NOT FILED           .00          .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED           .00          .00
ST MARGARETS HOSPITAL     UNSECURED      NOT FILED           .00          .00
HOUSEHOLD/UNION PLUS LOA  UNSECURED         740.00           .00       540.00
WACHOVIA BANK             UNSECURED      NOT FILED           .00          .00
WON Y KIM MD              UNSECURED         204.00           .00       118.87
UNION BANK                SECURED           3070.00        52.91      3070.00
```

Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED      3070.00           .00     58275.18          .00      61345.18
PRINCIPAL PAID          3070.00           .00     42525.49          .00      45595.49
INTEREST PAID             52.91           .00          .00          .00         52.91
TOTAL PAID              3122.91           .00     42525.49          .00      45648.40
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2200.00
and was paid $    600.00   direct and $   1600.00  through the plan.

The Trustee received $   1951.60 .

Refunds to the Debtor totaled $   3100.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 11/12/08                        /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE